No. 80–6643.   DAVIS *v.* UNITED STATES, *ante*, p. 842. Motion for leave to file petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 81–12.   FISCHER *v.* DAKOPOLOS, *ante*, p. 858.   Petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JANUARY 12, 1982

No. 81–884.   INRYCO, INC. *v.* UNITED STATES; and

No. 81–1099.   UNITED STATES *v.* INRYCO, INC.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53. Reported below: 642 F. 2d 290.